**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Mattie Nell McGee, Debtor                     Case No. 20-51055-KMS
                                                       Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   **/s/ Mattie Nell McGee**                                                                                  **06/16/2025**
                   Mattie Nell McGee                                                                                               Date


**/s/ Thomas C. Rollins, Jr.**                                                                                                  **06/16/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                                                                    Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On June 16, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MATTIE NELL MCGEE | CASE NO: 20-51055-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MATTIE NELL MCGEE | CASE NO: 20-51055-KMS<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/16/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      (P)JEFFERSON CAPITAL SYSTEMS LLC                 US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                 PO BOX 7999                                      DAN M RUSSELL  JR US COURTHOUSE
CASE 20-51055-KMS                     SAINT CLOUD MN 56302-7999                        2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI                                                       GULFPORT  MS 39501-2036
MON JUN 16 9-59-58 PST 2025




CHASE CARD SERVICES                   DISCOVER BANK                                    (P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 15369                          DISCOVER PRODUCTS INC                            PO BOX 3025
WILMINGTON   DE 19850-5369            PO BOX 3025                                      NEW ALBANY OH 43054-3025
                                      NEW ALBANY  OH 43054-3025




EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC   JPMORGAN CHASE BANK  NA                          NAVY FCU
PO BOX 7999                           SBMT CHASE BANK USA  NA                          820 FOLLIN LANE
SAINT CLOUD MN 56302-7999             CO ROBERTSON  ANSCHUTZ  SCHNEID  PL              VIENNA  VA 22180-4907
                                      6409 CONGRESS AVENUE  SUITE 100
                                      BOCA RATON  FL 33487-2853




NAVY FEDERAL CREDIT UNION             (P)PORTFOLIO RECOVERY ASSOCIATES LLC             SYNCHRONY BANK
PO BOX 3000                           PO BOX 41067                                     PO BOX 956005
MERRIFIELD VA 22119-3000              NORFOLK VA 23541-1067                            ORLANDO  FL 32896-0001




US ATTORNEY GENERAL                   USDA RURAL DEVELOPMENT                           USDA RURAL DEVELOPMENT
US DEPT OF JUSTICE                    PO BOX 66801                                     CO US ATTORNEY
950 PENNSYLVANIA AVENW                SAINT LOUIS  MO 63166-6801                       501 E COURT ST
WASHINGTON  DC 20530-0001                                                              STE 4401
                                                                                       JACKSON  MS 39201-5022




EXCLUDE                               EXCLUDE                                          DEBTOR
UNITED STATES TRUSTEE                 (P)DAVID RAWLINGS                                MATTIE NELL MCGEE
501 EAST COURT STREET                 ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE           PO BOX 424
SUITE 6-430                           PO BOX 566                                       COLLINS  MS 39428-0424
JACKSON  MS 39201-5022                HATTIESBURG MS 39403-0566




EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```